JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN WAMBOLDT, an individual, | Case No. CV 14-2610-JFW (VBKx) |
| Plaintiff, | Hon. Judge John F. Walter |
| vs. | **JUDGMENT** |
| SAFETY-KLEEN SYSTEMS, INC. a Wisconsin corporation, | |
| Defendants. | Action Filed:   March 6, 2014<br>Action Removed:   April 7, 2014 |

The Court, having granted Defendant Safety-Kleen Systems, Inc.'s Motion for Summary Judgment based on the Court's determination that Plaintiff failed to mitigate his damages as a matter of law and that Defendant Safety-Kleen Systems, Inc. is entitled to judgment as a matter of law on the claim for relief alleged against it,

IT IS NOW, THEREFORE, HEREBY ORDERED, ADJUDGED AND DECREED, that judgment is entered in this action as follows:

1. Plaintiff Steven Wamboldt shall recover nothing from Defendant Safety-Kleen Systems, Inc.;

2. Defendant Safety-Kleen Systems, Inc. shall have judgment in its favor on Plaintiff Steven Wamboldt's entire action; and

3. Defendant Safety-Kleen Systems, Inc. shall recover from Plaintiff Steven Wamboldt its costs of suit in the sum of $_____.

The Clerk is ordered to enter this Judgment.

Dated: November 12, 2014              _____
                                      JOHN F. WALTER
                                      UNITED STATES DISTRICT JUDGE